IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARTIN LYON,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT WHITE, *et al.*,<br><br>Defendants. | Case No. 23-cv-02801-SPM |

## MEMORANDUM AND ORDER

**MCGLYNN, District Judge:**

On September 19, 2025, the Court denied Defendants' motion for summary judgment on the issue of exhaustion of administrative remedies because it concluded that there were genuine disputes of material fact as to the exhaustion of administrative remedies. (Doc. 102). Specifically, the Court found that there was a genuine dispute about whether the grievance process was available to Plaintiff when he attempted to grieve the claims in Count 7 because two grievances dated November 8, 2022, and December 11, 2022,[1] allegedly went unanswered, and Plaintiff asserts that he was denied grievance forms from December 11, 2022, through February 2023. As to the claims in Counts 8 and 9, there is guanine disputed issue of fact regarding whether Plaintiff's administrative remedies were available to him when he attempted to grieve nine grievances that went unanswered (Grievances #293-7-23, #370-7-23, #106-8-23, #163-8-23, #364-8-23, #365-8-23, #462-7-23, #164-8-23, and #194-8-23). Defendants filed a Notice wherein they request a hearing. (Doc. 105).

Accordingly, this matter will now be set for a hearing pursuant to *Pavey v. Conley,* 544 F. 3d 739 (7th Cir. 2008). In preparation for the hearing, the parties must do the following:

---

[1] The Court incorrectly refers to this grievance as dated December 1, 2022, in the Order denying summary judgment on pages 7 and 14. (*See* Doc. 102; Doc. 80, p. 13).

1. Defendant must submit <u>within 14 days of this Order</u>:

    a. A final witness lists (with the name, job title, and brief summary of evidence and testimony from the witness);

    b. A final exhibit list;

    c. A statement of undisputed facts; and

    d. A hearing brief (of no more than two pages summarizing the dispute facts and arguments).

2. Plaintiff must submit <u>within 21 days of this Order</u>:

    a. A final witness list (with the name, job title (if any), and brief summary of testimony from the witness);

    b. A final exhibit list;

    c. A statement of undisputed facts; and

    d. A hearing brief (of no more than two pages summarizing the disputed facts and his arguments).

3. Both parties <u>at least one week</u> before the hearing:

    a. Must submit any objections that they have to any of the above materials in short written format.

A separate order will issue setting the date for the hearing. If at any time prior to the hearing, Defendants would prefer to withdraw the affirmative defense on exhaustion of administrative remedies, they may do so by filing a motion to withdraw.

**IT IS SO ORDERED.**

**DATED:** October 15, 2025

_s/Stephen P. McGlynn_
**STEPHEN P. MCGLYNN**
**United States District Judge**
